IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROYAL EVERETT SILAS, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | **MEMORANDUM DECISION AND ORDER GRANTING MOTION FOR EXTENSION OF TIME TO APPEAL** <br><br> Case No. 2:18-cv-00279-DN <br><br> District Judge David Nuffer |

Petitioner Royal Everett Silas filed a notice of appeal,[1] which the U.S. Court of Appeals for the Tenth Circuit has construed as the functional equivalent of a motion for extension of time to appeal.[2] The motion ("Motion")[1] recites that the prison where Silas is housed was on an extended lockdown, which prevented his access to the prison's law library. Silas has shown excusable neglect under 28 U.S.C. § 2107(c) for which an extension of time should be allowed.

THEREFORE, IT IS HEREBY ORDERED, that the Motion[1] is GRANTED.

IT IS FURTHER HEREBY ORDERED that the time within which Silas may appeal the subject order and judgment[3] is extended through January 23, 2019.

Signed January 22, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Notice of Intent to Appeal Pursuant to Rule 4(A)(1) of the Federal Rules of Appellate Procedure, docket no. 7, filed January 10, 2019.

[2] Order, docket no. 10, filed January 16, 2019.

[3] Memorandum Decision and Order Denying Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence, docket no. 5, filed October 26, 2018; Judgment in a Civil Case, docket no. 6, filed October 26, 2018.

elm