IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| ROYAL EVERETT SILAS, Petitioner, v. UNITED STATES OF AMERICA, Respondent. | **MEMORANDUM DECISION AND ORDER DENYING APPLICATION FOR CERTIFICATE OF APPEALABILITY** Case No. 2:18-cv-00279-DN District Judge David Nuffer |
|---|---|

Petitioner Royal Everett Silas filed a notice of appeal.[1] In connection with that appeal, the U.S. Court of Appeals for the Tenth Circuit recently directed a limited remand for this court to consider whether to issue a certificate of appealability under 28 U.S.C. § 2253(c)(1).[2]

"A certificate of appealability may issue under [§ 2253(c)(1)] only if the applicant has made a substantial showing of the denial of a constitutional right."[3] Silas has made no such showing in this case.

THEREFORE, IT IS HEREBY ORDERED, that the application for a certificate of appealability is DENIED.

Signed February 7, 2019.

BY THE COURT:

David Nuffer
United States District Judge

---

[1] Notice of Intent to Appeal Pursuant to Rule 4(A)(1) of the Federal Rules of Appellate Procedure, docket no. 7, filed January 10, 2019.

[2] Order, docket no. 13, filed January 30, 2019.

[3] 28 U.S.C. § 2253(c)(1)(2).